UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VALERO ENERGY, LTD.<br>    Plaintiff/Garnishor | § § § § | |
| v. | § § § § | |
| CLYDE BERGEMANN US, INC.,<br>AND CLYDE BERGEMANN POWER<br>GROUP AMERICAS, LLC, F/K/A CLYDE<br>BERGEMANN POWER GROUP<br>AMERICAS, INC.<br>    Defendants/Judgment Debtors | § § § § § § | Civil Action No: _____<br><br>[Related Case No. 4-21-cv-02034] |
| and | § § | |
| WELLS FARGO BANK, N.A.<br>    Garnishee | § § § | |

## APPLICATION FOR WRIT OF GARNISHMENT AFTER JUDGMENT

1.    *Parties.*  Valero Energy, Ltd., Plaintiff in garnishment, whose address is One Valero Way, San Antonio, Texas 78249, makes this Application for Writ of Garnishment after Judgment. Garnishee Wells Fargo Bank, N.A. may be served through its Registered Agent, Corporation Service Company dba CSC – Lawyers Incorporating Service Company at 211 East 7th Street, Suite 620, Austin, Texas 78701.

2.    *Facts.*   Plaintiff has a valid, subsisting judgment against Defendants Clyde Bergemann US, Inc., and Clyde Bergemann Power Group Americas, LLC, formerly known as Clyde Bergemann Power Group Americas, Inc., that was rendered on or about July 22, 2021, by the United States District Court for the Southern District of Texas in Civil Action No. 4-21-cv-

02034. The amount on this judgment is $1,066,710.45 for breach of warranty; $360,498.32 for legal fees, expenses, and expert fees; $200,016.83 for costs of arbitration; and $158,399.16 in pre-award interest, with simple interest accruing on the foregoing amounts at the rate of five (5) percent per annum from March 28, 2021, until paid. A true and correct copy of the judgment is attached hereto as Exhibit A.

Defendant Clyde Bergemann US, Inc.'s last known address is 7380 Coca-Cola Drive, Suite 126, Hanover, Maryland 21076. Defendant Clyde Bergemann Power Group Americas, LLC, formerly known as Clyde Bergemann Power Group Americas, Inc.'s last known address is Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

Within Plaintiff's knowledge, Defendants do not possess property in Texas subject to execution sufficient to satisfy the judgment. This garnishment is not sought to injure Defendants or Garnishee.

3.     *Affidavit.*   Plaintiff is entitled to the issuance of a Writ of Garnishment on the grounds stated in the affidavit attached hereto as Exhibit B.  The affidavit is incorporated in this application by reference.

4.     *Prayer.*   Plaintiff prays that:

a.       a Writ of Garnishment be issued directed to Garnishee[1];

b.       Plaintiff be granted judgment against Garnishee for the amount now due on Plaintiff's judgment already rendered against Defendants Clyde Bergemann US, Inc., and Clyde Bergemann Power Group Americas, LLC, formerly known as Clyde Bergemann Power Group Americas, Inc., together with interest and costs of the suit in the original case and in this Garnishment

---

[1] A proposed Writ of Garnishment is attached hereto as Exhibit C.

proceeding;

c.      Plaintiff be granted judgment for pre-judgment and post-judgment interest

at the highest rate allowed by law; and

d.      Plaintiff be granted all further relief to which Plaintiff may be entitled.

Dated: January 12, 2022                    Respectfully submitted,

Lam, Lyn & Philip, P.C.
6213 Skyline Drive, Suite 2100
Houston, Texas 77057
Telephone (713) 981-0900
Facsimile (713) 772-7085

Kurt L. Lyn
State Bar No. 00786078
klyn@llppc-law.com
Joni M. Fraser
State Bar No. 24089878
jfraser@llppc-law.com
*Attorneys for Plaintiff/Garnishor*