# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VALERO ENERGY, LTD.<br>Plaintiff/Garnishor | § § § § | |
| v. | § § § | |
| CLYDE BERGEMANN US, INC.,<br>AND CLYDE BERGEMANN POWER<br>GROUP AMERICAS, LLC, F/K/A CLYDE<br>BERGEMANN POWER GROUP<br>AMERICAS, INC.<br>Defendants/Judgment Debtors | § § § § § § § | Civil Action No: _____<br><br>[Related Case No. 4-21-cv-02034] |
| and | § § § | |
| WELLS FARGO BANK, N.A.<br>Garnishee | § § § | |

## AFFIDAVIT FOR WRIT OF GARNISHMENT AFTER JUDGMENT

BEFORE ME, the undersigned authority, on this day personally appeared Joni M. Fraser, who swore on oath that the following facts are true:

I am the one of the Plaintiff's attorneys of record in this cause. I am authorized to make this affidavit and application for a Writ of Garnishment in this cause.

I have personal knowledge of the facts stated in this affidavit, and they are true and correct.

Plaintiff owns a judgment against Defendants Clyde Bergemann US, Inc., and Clyde Bergemann Power Group Americas, Inc., now known as Clyde Bergemann Power Group Americas, LLC, that was rendered on or about July 22, 2021, by the United States District Court for the Southern District of Texas in Civil Action No. 4-21-cv-02034. The amount on this judgment

is $1,066,710.45 for breach of warranty; $360,498.32 for legal fees, expenses, and expert fees; $200,016.83 for costs of arbitration; and $158,399.16 in pre-award interest, with simple interest accruing on the foregoing amounts at the rate of five (5) percent per annum from March 28, 2021, until paid. The judgment is valid and subsisting, and a supersedeas bond has not been approved and filed to suspend execution of the Judgment.

Within my knowledge, Defendants do not possess property in Texas subject to execution sufficient to satisfy the judgment. My knowledge is based on a diligent search of the asset and property records of the Defendants in the Westlaw database, and the Defendants' discovery responses. This garnishment is not sought to injure Defendants or Garnishee.

I have reason to believe and do believe that Garnishee has property belonging to the Defendants or is indebted to the Defendants. This belief is based on Plaintiff's due diligence and the Defendants' discovery responses.

_____
Jori M. Fraser, Affiant

SIGNED under oath before me on this 12th day of January 2022.

_____
Notary Public, State of Texas



BRITTNEY JOCELYNN RUBIO
Notary Public, State of Texas
Comm. Expires 06-06-2023
Notary ID 132041985