# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VALERO ENERGY, LTD.<br>Plaintiff/Garnishor | § § § § | |
| v. | § § § | |
| CLYDE BERGEMANN US, INC.,<br>AND CLYDE BERGEMANN POWER<br>GROUP AMERICAS, LLC, F/K/A CLYDE<br>BERGEMANN POWER GROUP<br>AMERICAS, INC.<br>Defendants/Judgment Debtors | § § § § § § § § | Civil Action No: _____<br><br>[Related Case No. 4-21-cv-02034] |
| and | § § § | |
| WELLS FARGO BANK, N.A.<br>Garnishee | § § | |

## WRIT OF GARNISHMENT

To: **WELLS FARGO BANK, N.A., Garnishee:**
through its Registered Agent,
Corporation Service Company dba CSC – Lawyers Incorporating Service Company
211 East 7th Street, Suite 620
Austin, Texas 78701

On July 22, 2021, the United States District Court for the Southern District of Texas issued a judgment in favor of Garnishor Valero Energy, Ltd. and against Judgment Debtors Clyde Bergemann US, Inc., and Clyde Bergemann Power Group Americas, Inc., now known as Clyde Bergemann Power Group Americas, LLC. That judgment was in the amount of $1,066,710.45 for breach of warranty; $360,498.32 for legal fees, expenses, and expert fees; $200,016.83 for costs of arbitration; $158,399.16 in pre-award interest, with simple interest accruing on the foregoing

amounts at the rate of five (5) percent per annum from March 28, 2021, until paid.

Valero Energy, Ltd. has properly sought this Writ of Garnishment against you, Wells Fargo Bank, N.A. Accordingly, within 21 days after you are served with this Writ, you are ORDERED to file an answer with the Court and serve a copy of said answer on Valero Energy, Ltd.

In your answer, you must state under oath: (1) what, if anything, you are indebted to Judgment Debtors and were when this Writ was served upon you; (2) what effects, if any, of the Judgment-Debtors you have in your possession and had when this Writ was served upon you; and (3) what other persons, if any, within your knowledge, are indebted to Judgment-Debtors or have effects belonging to the Judgment Debtors in their possession.

You are further ORDERED not to pay to Judgment-Debtors any debt or to deliver to them any effects, pending further order of this Court.

Your answer should be filed with the Court in Civil Action No. _____. Your answer should also be served on Valero Energy, Ltd.'s counsel of records in Civil Action No. _____.

SIGNED at Houston, Texas on this the _____ day of January, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE